

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KARL J. ASHANTI**
Assistant Corporation Counsel
Phone: (212) 227-0414
Fax: (212) 788-9776
kashanti@law.nyc.gov

December 14, 2010

**BY ECF**
Honorable Andrew L. Carter
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Lubov Drozd v. City of New York, et al.
         10 CV 3685 (KAM)(ALC)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York in the above-referenced matter. I write to respectfully request a brief adjournment of the Initial Conference in this matter presently scheduled for 3:45p.m. on Wednesday, December 15, 2010 until the morning of Wednesday, January 12, 2011, or another date and/or time thereafter that is convenient for the Court. I have spoken with plaintiff's counsel, and he consents to this request.

    Defendants seek the requested adjournment because defense counsel has just ended a trial which commenced on November 29, 2010 before the Honorable Jack B. Weinstein in the matter of Michael Mineo v. City of New York, et al., 09-CV-2261 (JBW)(ALC), for which Your Honor is the designated magistrate judge. At 3:00 p.m. today, the Court declared a mistrial. Therefore, defendants seek a brief adjournment to allow themselves sufficient time to prepare as the original estimate for the length of the trial did not extend into this week.

    One previous request for an adjournment has been made by defendants. No deadlines or presently scheduled matters will be affect by this request if granted. Accordingly, defendants respectfully request that the Court grant their application to adjourn the 3:45p.m., December 15, 2010 Initial Conference until the morning of Wednesday, January 12, 2011, or another date and time thereafter that is convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Karl J. Ashanti (KA4547)
Assistant Corporation Counsel

cc:   Darius Wadia, Esq. (by ECF)