UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LUBOV DROZD,

                                                Plaintiff,

               -against-

THE CITY OF NEW YORK; ANGELIKA KAISER,
in her individual capacity; LIKIRCIA SARITA, in
her individual capacity; JOHN and JANE DOES 1
through 8, each in his or her individual capacity,

                                                Defendants.
-------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

10 CV 3685 (KAM)(JO)

DOCKET & FILE

IT IS HEREBY STIPULATED AND AGREED, by the attorneys for the parties herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice.

Dated: New York, New York
          December 29, 2011

Darius Wadia, Esq.
Darius Wadia, LLC
*Attorneys for Plaintiff*
233 Broadway, Suite 2208
New York, New York 10279
(212) 233-1212

By: _____
     DARIUS WADIA (DW 8679)

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-199
New York, New York 10007
(212) 227-0414

By: _____
     KARL J. ASHANTI (KA 4547)
     Assistant Corporation Counsel

SO ORDERED:   s/KAM

12/30/11

_____
U.S.D.J.